[No. 33729-7-I.    Division One.    May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. SATTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00951-2, Michael E. Rickert, J., entered November 2, 1993. *Remanded* by unpublished opinion per Ellington, J., concurred in by Cox, J., and Thorpe, J. Pro Tem.

[No. 34728-4-I.    Division One.    May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MORRIS ANDERSON JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-06023-4, Robert H. Alsdorf, J., entered May 16, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster, J., and Thorpe, J. Pro Tem.

[No. 35302-1-I.    Division One.    May 20, 1996.]

WILLARD WEST, ET AL., *Respondents*, v. KEITH B. WOOD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-04413-5, Dale B. Ramerman, J., entered September 6, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.

[No. 35399-3-I.    Division One.    May 20, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVIN WHITESIDE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07836-2, JoAnne Alumbaugh, J., entered October 17, 1994. *Affirmed* by unpublished per curiam opinion.